1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Rosalinda A. Roja, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-00501-MCE-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF WILLIE EDWIN ROGERS AND ORDER**<br><br>Complaint Filed: FEBRUARY 21, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Willie Edwin Rogers) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with regard to the remaining Defendants. Defendant (Willie Edwin Roger) is dismissed because he is deceased.

///

///

///

///

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-00501-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 2, 2009                                  /s/Scott N. Johnson
                                                      SCOTT N. JOHNSON
                                                      Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: April 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-09-00501-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com